**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **FLORENCE E. SCOTT** | * | |
| Plaintiff | * | |
| v. | * | Case No. |
| **PNC FINANCIAL SERVICES GROUP, INC.** | * | |
| Defendants | * | |

\*       \*       \*       \*       \*       \*       \*

## REQUEST FOR TRIAL BY JURY

Florence E. Scott, Plaintiff, by her attorneys, Leslie L. Gladstone and Leslie L. Gladstone, P.A., hereby requests that the above-captioned case be tried by a jury.

LESLIE L. GLADSTONE, P.A.


/s/ Leslie L. Gladstone
Leslie L. Gladstone (Bar No. 00553)
1040 N. Calvert Street
Baltimore, Maryland 21202
(410) 385-0311 Fax
leslie@lesliegladstone.com
Attorney for Plaintiff